1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

YOUNG YIL JO,                                )     NO. CV 24-02440 MEMF (KS)
                                             )
              **Plaintiff,**        )
                                             )
      v.                             )     **ORDER ACCEPTING FINDINGS AND**
                                             )     **RECOMMENDATIONS OF UNITED**
                                             )     **STATES MAGISTRATE JUDGE**
DEPT. OF JUSTICE,                            )
                                             )
              **Defendant.**        )
_____             )

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the July 11, 2024 Report and Recommendation of United States Magistrate Judge ("Report"), and all records herein.  The time for filing Objections to the Report has passed and no Objections have been filed with the Court.  The Court notes that since the issuance of the Report, the Plaintiff has made a number of additional submissions, a number of which have been stricken from the record as improperly filed. Although the Plaintiff has responded to the orders striking these submissions from the record, he has failed to submit objections to the Report, nor has he paid the filing fee or submitted a Request to Proceed Without Prepayment of Filing Fees.

       / / /

       / / /

       / / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Having completed its review, the Court accepts the findings and recommendations set forth in the Report.  Accordingly, IT IS ORDERED that Judgment be entered dismissing this action without prejudice for Plaintiff's failure to pay the filing fee.

IT IS SO ORDERED.

DATED:  February 11,2025        _____

MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE