JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO, | NO. CV 24-02440 MEMF (KS) |
| Plaintiff, | |
| v. | JUDGMENT |
| DEPT. OF JUSTICE, | |
| Defendant. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: February 11, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE